```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
               CASE NO. 00-14039-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

**TONY DANIEL BRISTOL**,

       Defendant.

_____/

**ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
 ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on May 2, 2016.

Magistrate Judge Frank J. Lynch, held a Evidentiary Hearing and entered a Report and Recommendation on July 12, 2016 recommending that the Petition be Dismissed. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5$^h$ day of August, 2016.

                                                   _____
                                                 DONALD L. GRAHAM
                                                 UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Fletcher Peacock, AFPD
        Marion Gyires, AUSA
        B. McGee, USPO
```